STATE of Missouri, Plaintiff/Respondent,

v.

Timothy SLEET Defendant/Appellant.

No. 70744.

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John M. Morris, Assistant Attorney General, Jefferson City, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after he was convicted by a jury of the class C felony of stealing, third offense, § 570.030 and § 570.040, RSMo 1994. The court found defendant to be a prior and persistent offender and sentenced him to a prison term of twelve years. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

Steven W. KLUMP, Jr., Appellant,

v.

DIRECTOR OF REVENUE, STATE
OF MISSOURI, Respondent.

No. 70335.

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

Timothy F. Devereux, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Steven W. Klump, Jr., ("Petitioner") appeals from the order of the circuit court sustaining the Director of Revenue's suspension of his driving privileges following his arrest for driving while intoxicated. We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).